UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WENDY PATTISON                                                         JURY TRIAL DEMANDED

v.                                                                      CASE NO.  3:10CV

BENDER, ANDERSON AND BARBA, P.C.
MARGOLIS MANAGEMENT & REALTY, LLC
ISLAND VIEW CONDOMINIUM ASSOCIATION, INC.

## COMPLAINT

1. This is an action pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692 *et seq,* or the Connecticut Creditor's Collection Practices Act, §36a-647 *et seq.* or the Consumer Collection Agency Act, Conn. Gen. Stat. § 36a 800 and regulations issued thereunder; or the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42 110a.

2. This Court has jurisdiction. 15 U.S.C. §1692k and 28 U.S.C. §1331 and 1367.

3. Plaintiff is a natural person and a consumer within the FDCPA, who resides in Connecticut.

4. Defendant Bender, Anderson and Barba, P.C. (DAB) is a debt collector within the meaning of the FDCPA.

5. Defendant Island View is the creditor on whose behalf DAB sought to collect amounts relating to plaintiff's personal residence.

6. Defendant Margolis is the servicing or billing agent of the creditor.

7. In 2010, defendants engaged in efforts to collect disputed charges and fees relating to plaintiff's personal residence.

8. In particular, defendants sought attorney's fees and costs at a time when there was no

legal right to collect those amounts.

      9. In the collection efforts, defendant DAB violated the FDCPA, *inter alia*, §1692e, or -f.

      10. In the collection efforts, defendant Margolis or Island View violated the Creditor's Collection Practices Act, Conn. Gen. Stat. §36a-647.

WHEREFORE plaintiff respectfully requests this Court to:

   1. Award plaintiff such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages under the statute respectively applicable to each defendant.

   2. Award the plaintiff costs of suit and a reasonable attorney's fee;

   3. Award declaratory and injunctive relief and such other and further relief as law or equity may provide.

                              THE PLAINTIFF

                              BY__/s/ Joanne S. Faulkner___
                              JOANNE S. FAULKNER ct04137
                              123 AVON STREET
                              NEW HAVEN, CT 06511-2422
                              (203) 772-0395
                              faulknerlawoffice@snet.net